IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELMER EUGENE WALKER,

    Plaintiff,                      No. CIV S-06-0915 FCD KJM P

    vs.

WARDEN CAMPBELL, et al.

    Defendants.                ORDER

_____/

       On January 4, 2007, plaintiff filed a request that the undersigned recuse. Plaintiff fails to provide any legal basis for recusal. See 28 U.S.C. § 455. His request is denied.

DATED: January 17, 2007.

                                       U.S. MAGISTRATE JUDGE

1
walk0915.rec