IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELMER EUGENE WALKER,

    Plaintiff,                             No. CIV S-06-0915 FCD KJM P

    vs.

WARDEN CAMPBELL, et al.,

    Defendants.              <u>ORDER</u>

_____/

        On January 4, 2007, plaintiff filed an "opposition" to an order entered by the magistrate judge on December 20, 2006 dismissing plaintiff's complaint with leave to file and amended complaint. The court construes the "opposition" as a request for reconsideration. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's December 20, 2006 ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

1

1    Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of
2 the magistrate judge filed December 20, 2006 dismissing plaintiff's complaint with leave to
3 amend, is affirmed.
4 DATED: January 19, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE