IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELMER EUGENE WALKER,

        Plaintiff,                    No. CIV S-06-0915 FCD KJM P

    vs.

WARDEN CAMPBELL, et al.,

        Defendants.             FINDINGS & RECOMMENDATIONS

                              /

        On December 20, 2006, plaintiff's complaint was dismissed and plaintiff was granted leave to file an amended complaint. Plaintiff filed an "opposition" to the December 20, 2006 order which the court construed as a request for reconsideration. On January 19, 2007, the December 20th order was affirmed. Plaintiff has failed to file an amended complaint.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED:  April 11, 2008.

                                                                  U.S. MAGISTRATE JUDGE

6  1
  walk0915.fta